**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1187

JEFF ZHANG,

Plaintiff - Appellant,

versus

CHARLES TOWN RACES & SLOTS; AMEET PATEL; DIANA
MONTENEGRO; DAVID HARDY; RICHARD JUDD; REBECCA
AMSLER; MORGAN LONG; LEE POMPELL,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  Irene M. Kelley, Chief
District Judge.  (CA-03-52-3)

Submitted:  July 15, 2004          Decided:  July 20, 2004

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed in part, dismissed in part by unpublished per curiam
opinion.

Jeff Zhang, Appellant Pro Se.  Brian Michael Peterson, BOWLES,
RICE, MCDAVID, GRAFF & LOVE, P.L.L.C., Martinsburg, West Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jeff Zhang appeals the district court's order and judgment dismissing in part and remanding in part his complaint and amended complaint that raised several claims against Charles Town Races and Slots and several of its employees. We have reviewed the record and find no reversible error. Accordingly, we affirm in part for the reasons stated by the district court. <u>See</u> <u>Zhang v. Charles Town Races</u>, No. CA-03-52-3 (N.D.W. Va., Jan. 28, 2004). We dismiss for lack of jurisdiction that part of the appeal remanding the case to state court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED IN PART; DISMISSED IN PART</u>